UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHIDI JOHN NWAKILE,

                                        Plaintiff,

                    -v-

ASSURANT *and* AMERICAN SECURITY INSURANCE
COMPANY,

                                        Defendants.

---

25 Civ. 9810 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 19, 2025, defendants filed a motion to dismiss the complaint under Federal Rule of Civil Procedure 12. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by January 16, 2026. No further opportunities to amend will ordinarily be granted. If plaintiff does amend, by February 6, 2026, defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by January 16, 2026. Defendants' reply, if any, shall be served by January 23, 2026. At the time any reply is served, the moving party shall supply the

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

Court with two (2) courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

The Court hereby adjourns *sine die*, pending resolution of the motion to dismiss, (1) the initial conference scheduled for January 21, 2026 and (2) the January 14, 2026 deadline for filing a proposed case management plan and joint letter, *see* Dkt. 6 at 2.  For avoidance of doubt, all other deadlines remain in effect, including the January 8, 2026 deadline for the removing defendants to file a letter providing removal-related information, *see id.*

SO ORDERED.

Paul A. Engelmayer

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2025
New York, New York

2