UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chidi John Nwakile,<br><br>    Plaintiff,<br><br>  -against-<br>Assurant, et al.,<br><br>    Defendants. | 25CV09810 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This case has been referred to me for general pre-trial and dispositive purposes on January 2, 2026**.**

A telephonic conference is scheduled for **Monday, February 9, 2026 at 4:00 PM.** The pro se plaintiff and counsel for defendant should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442 then dial the access code with the pound key at the end: 420 473 09#.

DATED:   January 29, 2026
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge