UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIDI JOHN NWAKILE,

                    Plaintiff,

         -v-

ASSURANT, et al.,

                    Defendants.

25-CV-09810 (PAE) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on February 9, 2026, Plaintiff shall have until **February 17, 2026** to file either (i) an amended complaint or (ii) a letter explaining why the current version of the complaint should be allowed to proceed. If Plaintiff files an amended complaint, Defendants shall have until **March 3, 2026** to either (i) file a renewed motion to dismiss; (ii) file an answer; or (iii) file a letter on the docket stating that Defendants are standing on their previously filed motion to dismiss. If Defendants file a renewed motion to dismiss or a letter stating that they wish to stand on their previously filed motion to dismiss, Plaintiff shall have until **March 17, 2026** to file a letter explaining why the amended complaint should be allowed to proceed and Defendants shall have until **March 31, 2026** to file a reply. If Plaintiff files a letter on **February 17, 2026** explaining why the current version of the complaint should be allowed to proceed, Defendants shall have until **March 3, 2026** to file a reply in further support of their pending motion to dismiss.

DATED:  February 9, 2026
             New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge