UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIDI JOHN NWAKILE,<br><br>               Plaintiff,<br><br>   -v-<br><br>ASSURANT, et al.,<br><br>               Defendants. | 25-CV-09810 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As Plaintiff filed his answer to Defendant's motion to dismiss on February 19, 2026 (*see* ECF 18), Defendants shall now file their reply in further support of their pending motion to dismiss by **March 5, 2026.**

DATED:  February 19, 2026
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge