UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHIDI JOHN NWAKILE,<br><br>               Plaintiff,<br><br>    -against-<br>ASSURANT, ET AL.,<br><br>               Defendants. | 25CV09810 (PAE) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant shall, by **May 7, 2026**, file a letter on the docket indicating whether either a settlement conference or Court-annexed mediation would be productive at that time.

DATED:  April 23, 2026
         New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge