**HINSHAW**

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
800 Third Avenue
13th Floor
New York, NY 10022

Matthew C. Ferlazzo
212-471-6227
mferlazzo@hinshawlaw.com

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

May 7, 2026

**Via ECF**
Hon. Robyn F. Tarnofsky, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 9B
New York, NY 10007

> RE: *Chidi John Nwakile v. Assurant; American Security Insurance Company*
> **Docket No. 1:25-cv-09810-PAE-RFT**

Dear Judge Tarnofsky:

We represent Defendants Assurant, Inc., incorrectly sued here as Assurant, and American Security Insurance Company in the referenced matter. We write to request that the Court extend the Defendants' time to file a letter indicating whether either a settlement conference or Court-annexed mediation would be productive from May 7 to May 14. The Defendants request this extension because they are still further reviewing and considering Plaintiff's claims in this action and the underlying insurance claim that forms the basis for this action. This the first request to extend this deadline.

Respectfully submitted,
HINSHAW & CULBERTSON LLP

Matthew C. Ferlazzo

cc:    **Via Email**
       Chidi John Nwakile
       chidinwakile@optonline.net
       *Plaintiff pro se*

Application GRANTED. Defendant's deadline to file a letter indicating whether either a settlement conference or Court-annexed mediation would be productive to **May 14, 2026**. The Clerk of Court is respectfully requested to terminate ECF 25.

Dated: May 8, 2026
       New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE