UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chidi John Nwakile, | |
| Plaintiff, | 25-CV-09810 (PAE)(RFT) |
| -against- | **ORDER** |
| Assurant, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference was scheduled for May 27, 2026. At the parties' request, it is now rescheduled to Monday, **June 22, 2026** at **2:00 PM** in Courtroom 9B at 500 Pearl Street, New York, NY.

The pro se plaintiff and counsel for defendant are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. The Summary Report form and Individual Rules can be found online at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky.

Pre-conference submissions must be received no later than **June 15, 2026** by physical mail to my Chambers (500 Pearl Street, New York, NY, 10007) or by electronic mail (TarnofskyNYSDChambers@nysd.uscourts.gov).

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  May 26, 2026
　　　　New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge