**HINSHAW**

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**
800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
**www.hinshawlaw.com**

Matthew C. Ferlazzo
212-471-6227
mferlazzo@hinshawlaw.com

June 15, 2026

**<u>Via ECF</u>**
Hon. Robyn F. Tarnofsky, U.S.M.J.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 9B
New York, NY 10007

>    RE: *Chidi John Nwakile v. Assurant; American Security Insurance Company*
>         **Docket No. 1:25-cv-09810-PAE-RFT**

Dear Judge Tarnofsky:

We represent Defendants Assurant, Inc., incorrectly sued here as Assurant, and American Security Insurance Company in the referenced matter. We write to request that, in connection with the June 22 settlement conference, the Court extend the time for the parties to submit their Ex Parte Settlement Conference Summary Forms and Letters from June 15 to June 17. Defendants submit this request because of unexpected developments in other matters. This is the first request to adjourn this deadline. We thank the Court for its consideration.

>                Respectfully submitted,
>                HINSHAW & CULBERTSON LLP
>
>                Matthew C. Ferlazzo

cc:     **<u>Via Email</u>**
        Chidi John Nwakile
        chidinwakile@optonline.net
        *Plaintiff pro se*

Application GRANTED. The parties' deadline to submit their Ex Parte Settlement Conference Summary Forms and Letters is extended until **June 17, 2026**. The Clerk of Court is respectfully requested to terminate ECF 32.

Dated: June 15, 2026
        New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE