UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHIDI JOHN NWAKILE,

                Plaintiff,

    -against-
ASSURANT, ET AL.,

                Defendants.

25CV09810 (PAE) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The document at ECF 34 is an ex parte settlement communication that shall be sealed, with access limited to the Court and filing party only. *See Energy Transportation Grp., Inc. v. Borealis Mar. Ltd.*, No. 21-CV-10969 (AT) (JW), 2023 WL 8720150, at *4 (S.D.N.Y. Dec. 18, 2023) (holding that confidential settlement communications not being considered by the Court for adjudicative purposes have a negligible presumption of public access and should be sealed).

DATED:  June 16, 2026
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge